# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No: 17-CR-10335-MLW |
| ) | |
| ADAM BOYD, ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE
## VICTIM MATERIALS UNDER SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Court to allow the government to file the Victim Impact Statement submitted by the parent of Minor A under seal. As reason therefor, the government submits that, in light of the sensitive nature of the subject matter and pursuant to 18 U.S.C. § 3509(d), the victim's privacy interests outweigh the public's interest in free access to the document. The government has provided a copy of the impact statement to counsel for the defendant.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Anne Paruti
Anne Paruti
Assistant United States Attorney

Date: December 10, 2019

---

*As the Victim Impact Statement may be material to sentencing, this motion is hereby ALLOWED in part and DENIED in part. The complete statement shall be filed forthwith under seal, with a redacted copy filed for the public record. See US v. Kravetz, 706 F. 3d 47, 62 (1st Cir. 2013)* W&Y. DJ 12/10/19